# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 13, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1621 | HUGHES RIVER FM, LLC, a Delaware limited liability company, individually, and derivatively on behalf of Ximalaya, Inc., <br> Plaintiff - Appellant <br><br> v. <br><br> XIMALAYA, INC., JIANJUN YU and TENCENT MUSIC ENTERTAINMENT GROUP, <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-06217 <br> Northern District of Illinois, Eastern Division <br> District Judge Edmond E. Chang | |

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement that provides information concerning the district court's jurisdiction. If jurisdiction depends on diversity, the statement must identify the jurisdictional amount and the citizenship of each party to the litigation. If any party is a corporation, the rule specifically requires an appellant to identify both the state of incorporation and the state in which the corporation has its principal place of business. And if any party is an unincorporated association or partnership, the statement must identify the citizenship of all members.

In the present case, appellant relies in part on diversity of citizenship for federal jurisdiction. But appellant's Circuit Rule 3(c) docketing statement fails to identify the amount in controversy and the states of citizenship of the parties. The court notes that a limited liability company is not incorporated and so for purposes of diversity jurisdiction has the citizenship of its members. *See Hicklin Engineering, L.C. v. Bartell*, 439 F.3d 346, 347-48 (7th Cir. 2006). And the citizenship of such an unincorporated association must be traced through however many layers of members there may be. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002). Accordingly,

**IT IS ORDERED** that appellant shall file an amended docketing statement that provides a complete statement of jurisdiction that includes the omitted information or relies solely on other grounds for federal jurisdiction. The statement is due on or before April 20, 2026.

form name: **c7_Order_BTC**     (form ID: **178**)