IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HUGHES RIVER FM, LLC, a Delaware limited liability company, individually, and derivatively on behalf of Ximalaya, Inc., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> XIMALAYA, INC., a Cayman Islands corporation, YU JIANJUN, an individual, SEAMAN YU, an individual, XIAOYU CHEN, an individual, LI HAIBO, an individual, and TENCENT MUSIC ENTERTAINMENT GROUP, INC., a Cayman Islands corporation, <br><br> Defendants-Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1-25-06217 <br><br> Honorable Edmond E. Chang, Presiding |

## PLAINTIFF'S AMENDED DOCKETING STATEMENT PURSUANT TO CIRCUIT COURT RULE 3(C)

Plaintiff-Appellant, RIVER HUGHES FM, LLC, by and through its undersigned attorney, hereby submits the following Amended Docketing Statement pursuant to Circuit Court Rule 3(c)(1), as follows:

## I. JURISDICTION OF THE DISTRICT COURT

Plaintiff-Appellant filed a Complaint on June 4, 2025 (Dkt. # 1), and an Amended Complaint on July 28, 2025 (Dkt. # 42), seeking damages and declaratory relief claiming jurisdiction as a civil action arising under the laws of the United States pursuant to *U.S.C. § 1332*, diversity of citizenship, *28 U.S.C. §§1331 & 1337*, and the Exchange Act Section 27; *15 U.S.C. § 28aa.*

1

The amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are of diverse citizenship.

Plaintiff-Appellant, HUGHES RIVER FM, LLC, an Illinois limited liability company, has only one member, Kai Jiang, who is a citizen of the State of Illinois, and resides at 1100 Jensen Road, Lake Forest, Illinois 60045.

The corporate Defendants-Appellees, XIMALAYA, INC., and TENCENT MUSIC ENTERTAINMENT GROUP, INC., are incorporated in the Cayman Islands and have principal places of business in the People's Republic of China.

The individual Defendants-Appellees, YU JIANJUN, SEAMAN YU, XIAOYU CHEN, and LI HAIBO, are citizens and residents of the People's Republic of China.

## II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken by Plaintiff-Appellant from the final decision of the U.S. District Court for the Northern District of Illinois entered on March 27, 2026, by the Honorable Edmond E. Chang, Dkt. ## 95 & 96.  The Amended Complaint was dismissed in its entirety; no claims remain pending. The United States Court of Appeals has jurisdiction to decide this case pursuant to *28 U.S.C. § 1291*.

## III. TIMELINESS OF THE APPEAL

The Notice of Appeal was filed with the district court on March 30, 2026, which is within thirty (30) days of the entry of the district court's March 27, 2026, Order. See Fed. R. App. 4(a)(1)(A).

## IV. COUNSEL OF RECORD

2

Plaintiff-Appellant's counsel of record in this matter is Daniel J. Voelker.

Dated at Chicago, Illinois, this 15th day of April 2026.

Respectfully submitted,

HUGHES RIVER FM, LLC,
Plaintiff-Appellant

*/s/Daniel J. Voelker*
By: Its Attorney

Daniel J. Voelker, Esq.
**Voelker Litigation Group**
33 N. Dearborn Street
Suite 400
Chicago, Illinois 60602
312.505.4841
dvoelker@voelkerlitigationgroup.com
ARDC # 6189578

Dated: April 15, 2026

## CERTIFICATE OF SERVICE

I, Daniel J. Voelker, an attorney, certify that I served the foregoing

**Plaintiff's Amended Docketing Statement Pursuant to Circuit Court Rule 3(c)**

on all counsel of record by filing it electronically on April 15, 2026. Notice of

this filing will be sent by operation of this Court's electronic filing system to all

parties indicated on the electronic filing receipt. I further certify that as of

April 15, 2026, there are no nonregistered participants upon whom service by

mail is required.

*/s/ Daniel J. Voelker*